Federal Correctional Complex
Beaumont Low Security
P.O. Box 26020
Beaumont, TX 77720

June 7, 2019

Via U.S. Mail

Clerk, United States District Court
Southern District of Texas
1701 West Business Highway 83, Room 1011
McAllen, TX 78501

RE: United States v. Raul Pena Sanchez
  Case No. 7:17-CR-01048-1

Dear Clerk:

  This letter is to request a copy of your local 28 U.S.C. § 2255 Form and any available pro se instructions.

  On March 28, 2018, the United States District Court for the Southern District of Texas, McAllen Division, sentenced me to 70 months of imprisonment with 36 months of supervised release. Then, on February 12, 2019, the United States Court of Appeals for the Fifth Circuit affirmed my conviction and sentence.

  Because under 28 U.S.C. § 2255(f)(1) I have one year in which to file my Section 2255 Petition, my petition is due on May 12, 2020. Accordingly, I hereby respectfully request a copy of your local 28 U.S.C. § 2255 Form with any available pro se instructions.

  Thank you for your assistance with my request. If, however, you have any questions or difficulties with my request, please contact me immediately.

Very truly yours,

Raul Peña Jr.

Raul Pena Sanchez
Register No. 27115-479 XB-Unit

RPS/jav

Raul Pena Sanchez
Register No. 27115-479 XB-Unit
FCC-LOW, BEAUMONT
P.O. BOX 26020
BEAUMONT, TEXAS 77720



JUN 1 2 2019
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS

78501-517861

NORTH HOUSTON TX 775

10 JUN 2019 PM 3 L

27115-479
Clerk, United States District Court
Southern District of Texas
1701 West Business Hwy. 83, Room 1011
McAllen, TX 78501
United States

USA
FOREVER